# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER TO QUASH WARRANT** |
| | ) | |
| v. | ) | |
| | ) | |
| Lance Craig Summers, | ) | Case No.: 1:14-cr-00096 |
| | ) | |
| Defendant. | ) | |

On May 15, 2025, the court signed a Probation 12C Petition for Warrant or Summons for Offender Under Supervision. (Doc. No. 103). The same day, a warrant was issued for Defendant's arrest. (Doc. No. 104). On July 15, 2025, United States Probation requested the court quash the active warrant and issue a summons due to a change in Defendant's health.

Upon consideration, the arrest warrant (Doc. No. 104) is hereby **QUASHED**. An Amended Petition requesting the issuance of a summons for Defendant's appearance shall be filed.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2025.

>    */s/ Clare R. Hochhalter*
>    Clare R. Hochhalter, Magistrate Judge
>    United States District Court